MARY E. ST. PIERRE *v.* STANLEY ST. PIERRE

KING, C. J., ALCORN, HOUSE, THIM and RYAN, Js.

Argued October 15—decided October 28, 1969

*William R. Davis,* with whom, on the brief, was *Leon RisCassi,* for the appellant (plaintiff).

*Joseph T. Sweeney,* with whom, on the brief, was *Thomas J. Hagarty,* for the appellee (defendant).

PER CURIAM. Upon the authority of *Landers v. Landers,* 153 Conn. 303, 216 A.2d 183, the court sustained a demurrer to the complaint. On this appeal, the sole assignment of error is addressed to this ruling. The basic claim of the plaintiff is that we should reexamine the holding of the *Landers* case and change our rule that the substantive internal law of the situs of a tort determines the capacity to sue as it may be affected by the marriage relationship. We see no reason to change our rule as enunciated in that case.

There is no error.